FILED

MAR 28 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WOODLAWN CHRISTIAN CHURCH § <br> OF SAN ANTONIO, INC. § <br> § <br> VS. § <br> § <br> PHILADELPHIA INDEMNITY § <br> INSURANCE COMPANY § | CIVIL NO. SA:16-CV-00254-XR |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal with Prejudice (ECF #61) filed in this case by the Plaintiff, Woodlawn Christian Church of San Antonio, Inc. ("Plaintiff"), and the Defendant, Philadelphia Indemnity Insurance Company ("Defendant"), the Court is of the opinion that this case should be dismissed with prejudice. It is, therefore,

ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant in this case are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorneys' fees.

Signed this ___28th___ day of ___March___, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE